USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: **MAY 1 0 2017**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    **INDICTMENT**
                                 :
        - v. -                   :    17 CRIM 280
                                 :
EDOZIE ONYEGBULE,                :
ISMAEL BALINDA, and              :
IGNATIUS BENJAMIN EZENWA UDEZE,  :
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - - x

**JUDGE CASTEL**

COUNT ONE

(Narcotics Importation Conspiracy)

The Grand Jury charges:

1.    From at least in or about March 2016 up to and
including in or about May 2017, in the Southern District of New
York and elsewhere, and in an offense begun and committed out of
the jurisdiction of any particular State or district,  EDOZIE
ONYEGBULE, ISMAEL BALINDA, and IGNATIUS BENJAMIN EZENWA UDEZE,
the defendants, at least one of whom is expected to be first
brought to and arrested in the Southern District of New York,
and whose point of entry into the United States is expected to
be the Southern District of New York, together with others known
and unknown, intentionally and knowingly did combine, conspire,
confederate, and agree together and with each other to violate
the narcotics laws of the United States.

2.     It was a part and object of the conspiracy that
EDOZIE ONYEGBULE, ISMAEL BALINDA, and IGNATIUS BENJAMIN EZENWA
UDEZE, the defendants, and others known and unknown, would and
did import into the United States and into the customs territory
of the United States from a place outside thereof controlled
substances, in violation of Sections 952(a) and 960(a)(1) of
Title 21, United States Code.

3.     It was further a part and object of the
conspiracy that EDOZIE ONYEGBULE, ISMAEL BALINDA, and IGNATIUS
BENJAMIN EZENWA UDEZE, the defendants, and others known and
unknown, would and did manufacture and distribute controlled
substances, intending and knowing that such substance would be
unlawfully imported into the United States and into waters
within a distance of 12 miles of the coast of the United States
from a place outside thereof, in violation of Sections 959(a)
and 960(a)(3) of Title 21, United States Code.

4.     The controlled substances that EDOZIE ONYEGBULE,
ISMAEL BALINDA, and IGNATIUS BENJAMIN EZENWA UDEZE, the
defendants, conspired to (i) import into the United States and
into the customs territory of the United States from a place
outside thereof, and (ii) manufacture and distribute, intending
and knowing that such substances would be unlawfully imported
into the United States and into waters within a distance of 12
miles of the coast of the United States from a place outside

2

thereof, were (1) one kilogram and more of a mixture and substance containing a detectable amount of heroin, in violation of Section 960(b)(1)(A) of Title 21, United States Code, and (2) 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Section 960(b)(1)(H) of Title 21, United States Code.

(Title 21, United States Code, Sections 959(a), 963; Title 18, United States Code, Section 3238.)

## FORFEITURE ALLEGATION

7.     As a result of committing the controlled substance offenses alleged in Count One of this Indictment, EDOZIE ONYEGBULE, ISMAEL BALINDA, and IGNATIUS BENJAMIN EZENWA UDEZE, the defendants,  shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

## Substitute Assets Provision

8.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of

3

EDOZIE ONYEGBULE, ISMAEL BALINDA, and IGNATIUS BENJAMIN EZENWA
UDEZE, the defendants, the defendants:

        a.    cannot be located upon the exercise of due
              diligence;

        b.    has been transferred or sold to, or
              deposited with, a third person;

        c.    has been placed beyond the jurisdiction of
              the Court;

        d.    has been substantially diminished in value;
              or

        e.    has been commingled with other property
              which cannot be subdivided without
              difficulty;

it is the intention of the United States, pursuant to Title 21,
United States Code, Sections 853(p) and 970, to seek forfeiture
of any other property of the defendants up to the value of the
above forfeitable property.

        (Title 21, United States Code, Sections 853 and 970.)

FOREPERSON

JOON H. KIM
Acting United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDOZIE ONYEGBULE,
ISMAEL BALINDA, and
IGNATIUS BENJAMIN EZENWA UDEZE,

Defendants.

## INDICTMENT

17 Cr.

(21 U.S.C. §§ 959(a) & 963; and
18 U.S.C. § 3238.)

JOON H. KIM

Acting United States Attorney.

A TRUE BILL

Foreperson.

05/10/2017

(CA)

INDICTMENT FILED
WITH ARREST WARRANTS
WHERE A- JUDGE CASTEL
                    JUDGE PARKER
                        USMJ