UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                            17-cr-280 (PKC)

      -against-                                      ORDER

ISMAEL BALINDA,

                     Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Ismael Balinda moved this Court to have the government of the United States coordinate with the government of Uganda on the return of properties seized at the time of his arrest. As the government has represented "Ugandan law enforcement officials led the search of the residence—accordingly, Ugandan authorities would have custody over any such documents or properties." (Doc 111.) The Court has no authority to require intergovernmental coordination and, accordingly, the motion (Doc 127) is DENIED.

        Balinda also writes to this Court showing that $100 was deducted from his BOP commissary account in four $25 installments. He appears to claim that these deductions are duplicative a payment made by his family of $100, the amount of the mandatory special assessment. The Clerk's Office has confirmed that it has received a total of $75 in additional payments on behalf of the defendant, the last of which was received on December 29, 2020.

        The Court having been advised that the Clerk of Court is holding the sum of $75 as an overpayment of defendant Ismael Balinda's payment of criminal financial

Mailed to Mr. Balinda 10/21/2021

- 2 -

penalties, the Clerk is directed to issue a check in the amount of $75 to Ismael Balinda (75900-054) and transmit it to him at FCI Williamsburg, P.O. Box 340, Salters, SC 29590.

Letter motion (Doc 127) is DENIED and should be terminated.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
October 21, 2021